# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VATCHE AGOPIAN,<br>    Plaintiff,<br><br>    v.<br><br>FEDERAL EXPRESS<br>CORPORATION, et al.,<br>    Defendants. | CV 20-5282 DSF (Ex)<br><br>JUDGMENT |

    The Court having granted Defendant Federal Express Corporation's motion for summary judgment,

    IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: April 22, 2021

                                                       Dale S. Fischer<br>
                                                       United States District Judge